In the Matter of the Application of LEOPOLD V. ROSSI, Individually and as Chairman of the Executive Committee of The Greater New York City Lifeguards

Association, Petitioner, Respondent, Appellant, for an Order against ROBERT MOSES, Commissioner of Parks of The City of New York, and Others, Appellants, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Townley and Dore, JJ., dissent and vote to reverse on the defendants' appeal. [Proceeding under Civ. Prac. Act, art. 78, on appeal.]